RICHARD G. NOVAK (SBN 149303)
Law Offices of Richard G. Novak
65 North Raymond Avenue, Suite 320
Pasadena, CA 91103
626-578-1175 (voice)
626-685-2562 (facsimile)
E-Mail: Richard@RGNLaw.com

Attorneys for Defendant
NEIL WINTERROWD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 13-00103-JVS |
| Plaintiff, | **ORDER AMENDING JUDGMENT AND PROBATION/COMMITMENT ORDER TO PROVIDE FOR RESTITUTION PURSUANT TO STIPULATION OF PARTIES AND VACATING RESTITUTION HEARING** |
| vs. | |
| NEIL WINTERROWD, | |
| Defendant. | |

Pursuant to the stipulation of the parties and for good cause shown, the Court hereby orders that the Judgment And Probation/Commitment Order dated February 1, 2017 (Doc. No. 90) shall be amended to provide for restitution as follows:

It is ordered that the defendant shall pay restitution in the total amount of $2,706,557.81 pursuant to 18 U.S.C. 3663A. The amount of restitution shall be paid as follows:

1)  George/Gertrude Heim    $64,047.90
2)  Jerome Skolnick         $1,149,283.56
3)  Kenneth Cook            $313,727.09
4)  Rosalyn/James Tracton   $119,951.67
5)  Angela Karma            $180,000.00

| | | | |
|---|---|---|---|
| 6) | Carol Nissen | $26,939.44 |
| 7) | Nancy McDermott | $30,000.00 |
| 8) | Voya Financial | $375,000.00 |
| 9) | Robert Binkele | $447,608.15 |

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $100, whichever is greater, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

If the defendant makes a partial payment, each payee shall receive approximately proportional payment, except that payment of restitution to Voya Financial and Robert Binkele shall be pursuant to 18 U.S.C. § 3664(j)(1).

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The defendant shall comply with General Order No. 01-05.

1    It is further ordered that the restitution hearing presently scheduled for March 27, 2017 is vacated.

**IT IS SO ORDERED.**

Dated: March 23, 2017           _____
                                HONORABLE JAMES V. SELNA
                                UNITED STATES DISTRICT JUDGE

3